| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>FLEISSIG, AUDREY G. | 2. Court or Organization<br><br>EASTERN DISTRICT OF MISSOURI | 3. Date of Report<br><br>01/20/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE - NOMINEE | 5a. Report Type (check appropriate type)<br><br>☑ Nomination, Date 01/20/2010<br>☐ Initial ☐ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>111 S. 10TH STREET: 9N<br>ST. LOUIS, MO 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE (NO FEE) | LIVING TRUST CREATED UNDER AGREEMENT 8/31/84 - MOTHER'S BENEFIT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 01/20/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2008 | WASHINGTON UNIVERSITY SCHOOL OF LAW - ADJUNCT INSTRUCTOR | $20,000 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | MISSOURI MACHINERY & ENGINEERING COMPANY (SALARY) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 01/20/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. UMB BANK | MORTGAGE ON COMMERCIAL REAL ESTATE | O |
| 2. ST. LOUIS DEVELOPMENT CORP. | MORTGAGE ON COMMERCIAL REAL ESTATE | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 01/20/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA - BANK OF AMERICA CORP | A | Dividend | J | T | Exempt | | | | |
| 2. IRA - BERKSHIRE HATHAWAY | | None | J | T | | | | | |
| 3. IRA - ZOLTEK | | None | J | T | | | | | |
| 4. IRA - WELLS FARGO (formerly known as AG Edwards) | A | Interest | J | T | | | | | |
| 5. IRA - COLUMBIA FUNDS TR - GLOBAL VALUE INV | C | Dividend | L | T | | | | | |
| 6. IRA - BANK OF AMERICA | A | Dividend | K | T | | | | | |
| 7. IRA - ZOLTEK | | None | K | T | | | | | |
| 8. IRA - WELLS FARGO (formerly known as AG Edwards) | A | Interest | J | T | | | | | |
| 9. IRA - COLUMBIA FUNDS TR - GLOBAL VALUE INV | B | Dividend | L | T | | | | | |
| 10. IRA - WELLS FARGO (formerly known as AG Edwards) | A | Interest | J | T | | | | | |
| 11. IRA - BANK OF AMERICA | A | Dividend | J | T | | | | | |
| 12. IRA - BERKSHIRE HATHAWAY | | None | J | T | | | | | |
| 13. IRA - ZOLTEK | | None | J | T | | | | | |
| 14. IRA - COLUMBIA FUNDS TR - GLOBAL VALUE INV | C | Dividend | L | T | | | | | |
| 15. WELLS FARGO - M/M (formerly known as AG Edwards) | | None | | | | | | | |
| 16. WELLS FARGO - M/M (formerly known as AG Edwards) | A | Interest | J | T | | | | | |
| 17. AMER FUND - CAPITAL INCOME BUILDER | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 01/20/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. WELLS FARGO - M/M (formerly known as AG Edwards) | A | Interest | J | T | | | | | |
| 19. AMER FUND - CAPITAL INCOME BUILDER | C | Dividend | L | T | | | | | |
| 20. WELLS FARGO - M/M (formerly known as AG Edwards) | A | Interest | J | T | | | | | |
| 21. AMER FUND - CAPITAL INCOME BUILDER | C | Dividend | L | T | | | | | |
| 22. MISSOURI MACHINERY & ENGINEERING 50% PRIVATELY HELD | | None | O | U | | | | | |
| 23. BKF LLC 50% PRIVATELY HELD RE, ST. LOUIS MO | D | Rent | J | U | | | | | |
| 24. US SAVINGS BONDS | | None | K | T | | | | | |
| 25. RE - CONDO, ST. LOUIS, MO | D | Rent | M | W | | | | | |
| 26. COMMERCE GROWTH FUND 401(K) | | None | M | T | | | | | |
| 27. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 28. MOST - MISSOURI'S 529 COLLEGE SAVINGS PLAN (X) | A | Int./Div. | K | T | | | | | |
| 29. BENEFICIARY OF TRUST OF FATHER'S ESTATE | D | Int./Div. | M | W | | | | | |
| 30. - TD MONEY MARKET PORTFOLIO INVESTOR CLASS | | | | | | | | | |
| 31. - AMERICAN FUNDS CAPITAL WORLD BOND FUND-SBI CLASS A | | | | | | | | | |
| 32. - INTERMEDIATE BOND FUND OF AMERICA SBI CLASS A | | | | | | | | | |
| 33. - AMERICAN FUNDS NEW PERSPECTIVE FUND INC CL A | | | | | | | | | |
| 34. - HARBOR FD BD FD INSTL | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FLEISSIG, AUDREY G. | 01/20/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - HARBOR FD CAP APPRECIATION | | | | | | | | | |
| 36. - HARBOR FD INTL FD | | | | | | | | | |
| 37. -MSIF FDS INC US REAL ESTATE FD CL A | | | | | | | | | |
| 38. - ROWE T PRICE EQUITY INCOME F SH BEN INT | | | | | | | | | |
| 39. - ROYCE FD PREMIER INVESTMENT CL | | | | | | | | | |
| 40. - ISHARES RUSSELL 1000 INDEX FUND | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III.A. - Filer's Non-Investment Income:

Additional income was received during the reporting period as salary from the U.S. Government as a United States Magistrate Judge.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature *Audrey J. Fleissig*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 16 | 673 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 31 | 677 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 032 | 495 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 830 | 823 | Notes payable to others | | 17 | 091 |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
|   Due from relatives and friends | | | | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable-add schedule | | 426 | 959 |
| Real estate owned-add schedule | | 960 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 77 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 465 | 841 |
| | | | | Net Worth | 2 | 482 | 827 |
| Total Assets | 2 | 948 | 668 | Total liabilities and net worth | 2 | 948 | 668 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | 21 | 791 | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |